# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD STEWART-TUCKER, | * | |
| ADC #144658 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 1:12CV00113-JJV |
| | * | |
| MELVIN NANCE, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Defendants filed a Motion for Summary Judgment (Doc. No. 12) but Plaintiff has not responded. If Plaintiff wishes to respond, he should do so within twenty-one (21) days of the date of this Order.

SO ORDERED this 10th day of June, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE