IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD STEWART-TUCKER, | * | |
| ADC # 144658, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 1:12CV00113-JJV |
| MELVIN NANCE, Dr. Grimes Unit, | * | |
| Arkansas Department of Correction | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order, would not be taken in good faith.

DATED this 9th day of July, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1